1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10
11  TEDDY SEUNG BAEK,                        Civil No.    13cv0421-MMA (BGS)
12                          Petitioner,
                                             **ORDER:**
13              v.
                                             **(1)  DENYING MOTION FOR RELIEF**
14  DAVID LONG, Warden, et al.,              **WITHOUT PREJUDICE; AND**
15                          Respondents.     **(2)  DISMISSING CASE**
                                             **WITHOUT PREJUDICE**
16

17          Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas

18  Corpus pursuant to 28 U.S.C. § 2254 (ECF No.1), but has failed to pay the $5.00 filing fee and

19  has failed to move to proceed in forma pauperis.  In addition, Petitioner has filed a Motion for

20  Relief in which he requests to be excused from the operation of the one-year statute of

21  limitations applicable to federal habeas petitions based on equitable tolling.  (ECF No. 2.)

22                          **FILING FEE REQUIREMENT**

23          Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or

24  qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.  See

25  Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit,

26  **no later than April 22, 2013,** a copy of this Order with the $5.00 fee or with adequate proof of

27  his inability to pay the fee.  The Clerk of Court shall send a blank Southern District of California

28  In Forma Pauperis Application to Petitioner along with a copy of this Order.

I:\Chambers Anello\ODD # CIVIL CASES\HABEAS\DISMISSALS\13cv0421-Dismiss.wpd, 22513          -1-                              13cv0421

**MOTION FOR RELIEF**

Petitioner's request for relief from the operation of the statute of limitations based on equitable tolling is premature.  The Court will consider his arguments and permit him to renew his Motion if and when the Court orders Respondent to file a response to the Petition.  See e.g. Wentzell v. Nevan, 674 F.3d 1124 (9th Cir. 2012) (holding that although the District Court has authority to raise the statute of limitations *sua sponte*, "that authority should only be exercised after the court provides the petitioner with adequate notice and an opportunity to respond.") Accordingly, the Motion for Relief is **DENIED** without prejudice to Petitioner to renew his motion if and when the Court orders a response to the Petition.

   **IT IS SO ORDERED.**

DATED: February 25, 2013                    _____
                                            Hon. Michael M. Anello
                                            United States District Judge

 CC:     ALL PARTIES

I:\Chambers Anello\ODD # CIVIL CASES\HABEAS\DISMISSALS\13cv0421-Dismiss.wpd, 22513                    -2-                    13cv0421