| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **SOUTHERN DISTRICT OF CALIFORNIA** |
| TEDDY SEUNG BAEK,<br><br>              Petitioner,<br><br>vs.<br><br><br>DAVID LONG, Warden,<br><br>              Respondent. | CASE NO. 13cv421-MMA (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**;<br><br>[Doc. No. 16]<br><br>**GRANTING MOTION TO DISMISS**;<br><br>[Doc. No. 9]<br><br>**DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

      Petitioner Teddy Seung Baek, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to Title 28 of the United States Code, section 2254, challenging his February 7, 2008 conviction for, *inter alia*, forcible rape. *See* Doc. No. 1. Respondent moves to dismiss the petition as barred by the statute of limitations set forth in Title 28, section 2244(d). *See* Doc. No. 9. Petitioner filed an opposition to the motion. *See* Doc. No. 11. Upon the Court's request, Respondent filed a response in support of his motion to dismiss. *See* Doc. Nos. 14, 15.

1  The matter was referred to United States Magistrate Judge Barbara L. Major
2  for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)
3  and Civil Local Rule HC.2. Judge Major has issued a well-reasoned and thorough
4  report recommending that the Court grant Respondent's motion and dismiss the
5  petition with prejudice as untimely. *See* Doc. No. 16. Objections to the Report and
6  Recommendation were due for filing on or before November 22, 2013. *Id*. To date,
7  Petitioner has not filed any objections.

8  Accordingly, the Court **ADOPTS** the Report and Recommendation in its
9  entirety, **GRANTS** Respondent's Motion to Dismiss, and **DISMISSES** Petitioner's
10 petition with prejudice. The Court **DECLINES** to issue a certificate of
11 appealability.

12 The Clerk of Court shall terminate this case and enter judgment in favor of
13 Respondent.

14 **IT IS SO ORDERED**.

15 DATED: December 16, 2013

*[signature]*

Hon. Michael M. Anello
United States District Judge